FILED

DEC 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

CREIGHTON MELAND,

Plaintiff-Appellant,

v.

SHIRLEY WEBER, in her official capacity as Secretary of State of the State of California,

Defendant-Appellee.

No. 22-15149

D.C. No.
2:19-cv-02288-JAM-AC
Eastern District of California,
Sacramento

ORDER

Before: McKEOWN, IKUTA, and BRESS, Circuit Judges.

The Motion to Lift Stay, at Dkt. 69, is denied.